**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00711-CR

### IN RE BRADRICK JERMAINE COLLINS, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA-17-18552-F**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's June 20, 2018 application

for writ of habeas corpus.

/s/     LANA MYERS
        JUSTICE